IN THE UNITED STATES COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAHAM ENGINEERING CORP.**, | : |
| Plaintiff | : No. 1:18-CV-405 |
| **PROSYSTEMS INTEGRATION, LLC** and **JOHN BRUNELLE** | : |
| Defendants | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Graham Engineering Corp. and Defendants ProSystems Integration, LLC and John Brunelle hereby stipulate and agree that the above case, and all claims therein, is dismissed with prejudice. Each party shall bear its own fees and costs, including attorney's fees.

Plaintiff, by its Attorneys,                Defendants, by their Attorneys,

*/s/ Ronald H. Pollock*                     */s/ Jonathan S. Krause*
Ronald H. Pollock, Jr. (#52586)             Jonathan S. Krause (#93817)
Saxton & Stump, LLC                         Klehr Harrison Harvey Branzburg, LLP
280 Granite Run Drive, Suite 300            1835 Market Street, Suite 1400
Lancaster, PA 17601                         Philadelphia, PA 19103
(717) 556-1000                              (215) 569-4496
RHP@saxtonstump.com                         jkrause@klehr.com


Dated: February 2, 2021


SO ORDERED:
                                            _____
                                            Christopher C. Conner
                                            Judge